# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE REDACTED FILINGS IN SEALED 17-MJ-619 | ) ) ) ) ) ) ) ) ) | 1:21-SC-3805-BAH |

## NOTICE OF APPEARANCE

The United States hereby informs the Court that Nicole Lockhart, Trial Attorney for the Public Integrity Section of the Criminal Division of the United States Department of Justice, is entering an appearance in the above-captioned matter as counsel for the Government. Ms. Lockhart's telephone number is (202) 514-0188 and her e-mail is Nicole.Lockhart@usdoj.gov.

Respectfully submitted,

_____/s/_____
Nicole
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave NW, 10th Floor
Washington, D.C. 20004
(202) 514-0188
Nicole.Lockhart@usdoj.gov

Dated: December 10, 2021