**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE REDACTED FILINGS** | ) | **1:21-SC-3805-BAH** |
| **IN SEALED 17-MJ-619** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## STATUS REPORT REGARDING UNSEALING ENTRIES IN SEALED 17-MJ-619

On December 7, 2021, the Court ordered the government to file a report containing, as separate exhibits, each docket entry in sealed case 1:17-mj-619, with any appropriate redactions.

Attached to this report are Exhibits A – T, reflecting each docket entry in sealed case 17-mj-619 with information redacted and/or removed that would reveal the identities of individuals and/or conduct that has not been publicly charged by the grand jury.   The government has also removed any "redlined versions" of documents which would reveal information marked for redaction from underlying docket entries.   The government believes that it is appropriate for the redacted and/or removed information to remain under seal consistent with the general rule of secrecy applicable to grand jury matters.   *In re Grand Jury Subpoena, Judith Miller*, 438 F.3d 1141, 1150–51 (D.C. Cir. 2006).

The government, therefore, requests that the Court publish the redacted versions of the docket entries from sealed case 1:17-mj-619 attached as exhibits to this status report.

Dated: December 15, 2021                      COREY R. AMUNDSON
                                              Chief, Public Integrity Section
                                              United States Department of Justice


                                              */s/Nicole Lockhart*
                                              By: John D. Keller
                                              Principal Deputy Chief
                                              Sean F. Mulryne
                                              Deputy Director, Election Crimes Branch
                                              Nicole R. Lockhart
                                              Trial Attorney
                                              Public Integrity Section
                                              Criminal Division
                                              United States Department of Justice
                                              1301 New York Avenue NW
                                              Washington, D.C. 20530
                                              (202) 514-1412