# EXHIBIT C
# (Docket Entry No. 3)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
███████████████ AND
███████████████, WHICH
ARE STORED AT PREMISES
CONTROLLED BY GOOGLE

Case No: 1:17-mj-619
Assigned To: Magistrate Judge Harvey, Michael G.
Date Assigned: 8/21/17
Description: Search and Seizure Warrant

### ORDER SEALING WARRANT AND RELATED DOCUMENTS AND REQUIRING NON-DISCLOSURE UNDER 18 U.S.C. § 2705(b)

The United States has filed a motion to seal the above-captioned warrant and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "Warrant"), and to require Google, an electronic communication service provider and/or a remote computing service located at Menlo Park, CA, not to disclose the existence or contents of the Warrant pursuant to 18 U.S.C. § 2705(b).

The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing, and that there is reason to believe that notification of the existence of the Warrant will seriously jeopardize the ongoing investigation, including by giving the target an opportunity to endanger a person; to flee from prosecution; to destroy or tamper with evidence; to intimidate witnesses. *See* 18 U.S.C. § 2705(b)(5)

It is, therefore, this 21st day of August, 2017,

ORDERED that the motion is hereby GRANTED, and that the warrant, the application and affidavit in support thereof, all attachments thereto and other related materials, the instant motion to seal, and this Order be SEALED until further order of the Court; and

FURTHER ORDERED that, pursuant to 18 U.S.C. § 2705(b), Google and its employees shall not disclose the existence or content of the Warrant to any other person (except attorneys for Google for the purpose of receiving legal advice) for a period of one year or until further order of the Court.

THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

CC: Zia Faruqui
555 4th Street, N.W. 4th Floor
Washington, DC 20530